1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00330-AWI |
|---|---|---|
| Plaintiff, | ) | ORDER TO CONTINUE SENTENCING |
| v. | ) | |
| DAVID CAMPUZANO-DIAZ, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation filed by the parties on February 25, 2009, and for good cause shown, IT IS HEREBY ORDERED that the sentencing of Defendant DAVID CAMPUZANO-DIAZ is continued from 9:00 a.m. on March 2, 2009, to 9:00 a.m. on March 30, 2009.

IT IS SO ORDERED.

Dated:   February 27, 2009           /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE